# United States District Court

## Southern District of Georgia

Alyssa Birkofer, Salpi Keshishian, and Joanne Costello
_____
Plaintiff

Case No. 4:23-cv-00058-WTC-CLR

v.

American Senior Products, LLC
_____
Defendant

Appearing on behalf of
Plaintiffs
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  19th  day of  March , 2023 .

*[Signature: Christopher L. Ray]*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Max S. Morgan

Business Address:  The Weitz Firm, LLC
Firm/Business Name

1515 Market Street
Street Address

#1100 | Philadelphia | PA | 19102
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

267-587-6240 | N/A
Telephone Number (w/ area code) | Georgia Bar Number

Email Address:  max.morgan@theweitzfirm.com