IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALYSSA BIRKOFER, SALPI            *
KESHISHIAN, and JOANNE            *
COSTELLO,                         *
                                  *
        Plaintiffs,               *
                                  *
    v.                            *          CV 423-058
                                  *
AMERICAN SENIOR PRODUCTS, LLC,    *
and PROSPECTS DM, INC.,           *
                                  *
        Defendants.               *

_____

O R D E R

_____

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 58.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this _10th_ day of January, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA